[No. 674.    August 5, 1897.]

EARLY TIMES DISTILLERY COMPANY et al., Appellants, v. CHARLES ZEIGER et al., Appellees.

The decision in this case follows the opinion in Same v. Same, No. 673, 9 N. M., ante page 31.

*Appeal*, from a decree of the Second Judicial District Court, Bernalillo county.    Reversed and remanded with directions.

NEILL B. FIELD, B. S. RODEY and F. W. CLANCY for appellant.

A. B. McMILLEN and CHILDERS & DOBSON for appellees.

HAMILTON, J.—This is an appeal from the Second judicial district court of the territory of New Mexico.    The case is of the same character as case No. 673, bearing the same title.    The decision in this case follows the opinion rendered in No. 673.

The cause is reversed and remanded with directions to the court below to overrule the demurrer and allow the cause to proceed.